# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

**IN THE MATTER OF:**

CRAIG BLAISE SEEFELD
MARY MICHELLE SEEFELD

CHAPTER **13**
Case No. 16-20755-dob
Judge DANIEL S OPPERMAN

Debtors

### TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION

*Please read this Report carefully. It advises you of certain rights and deadlines imposed pursuant to the law.*
*Your rights may be adversely affected.*

Thomas W. McDonald Jr., Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2016-3(a)(1), reports to the Court that the above-named Debtors have comleted all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor(s) principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

**IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTORS HAVE PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**

**IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTORS OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTORS CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**

*PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.*

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(2), if the Court determines that Debtor is eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured.

Pursuant to E.D. Mich. LBR 2016-3(a)(3), if the Court determines that Debtor is eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtor a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

**RIGHTS AND DUTIES OF DEBTOR**

**Duty of Debtors regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtors are eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtors from any obligation on any continuing secured debt payments that come due after the date of the Debtors' last payment under the Plan.

See E.D. Mich. LBR 2016-3(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file a Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283.

3. If the Debtor fails to complete and file a Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283 within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge.

See E.D. Mich LBR 4004-1

**RIGHTS AND DUTIES OF CREDITORS**

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(4), if any party in interest asserts that:

1. The Debtors have failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtors are not current in any payments the Debtors were authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured or that the claim is otherwise not current in all respects including, but not limited to, any unpaid escrow balance, late charge, cost or attorney fee; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the debtors' may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2016-3(a)(5), it shall be conclusively determined that:

1. Debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtors are current in all payments Debtors were authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured and the claim is current in all respects including, but not limited to, all escrow balances, late charges, costs or attorney fees; and

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

   (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

   (b) There is pending any proceeding in which the debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-SAGINAW
Thomas W. McDonald, Jr., Chapter 13 Standing Trustee

Dated: August 04, 2021

/s/Thomas W. McDonald, Jr.
THOMAS W. McDONALD, JR. (P32464)
3144 Davenport Avenue
Saginaw, MI 48602
Telephone (989) 792-6766
mail@mcdonald13.org

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

**IN THE MATTER OF:**
CRAIG BLAISE SEEFELD
MARY MICHELLE SEEFELD

Debtors

CHAPTER 13
Case No. 16-20755-dob
Judge DANIEL S OPPERMAN

### PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION

I hereby certify that on August 04, 2021, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

Joshua Reinert (P66185)
3434 Davenport Avenue

The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

/s/ Sandy Urbaniak

Sandy Urbaniak
For the Office of the Chapter 13 Trustee-Saginaw
3144 Davenport Avenue
Saginaw, MI 48602
Telephone (989) 792-6766
mail@mcdonald13.org

CRAIG BLAISE SEEFELD
MARY MICHELLE SEEFELD
1011 DEERING STREET
GARDEN CITY, MI  48135

70TH DISTRICT COURT
111 S MICHIGAN AVENUE
SAGINAW, MI 48602

ADVANCED DIAGNOSTIC IMAGING
3400 N CENTER   SUITE 400
SAGINAW, MI 48603

ALLIED COLLECTION SERVICE
PO BOX 1799
HOLLAND, MI 49422-1799

ANESTHESIA STAFFING CONSULTANTS INC
PO BOX 673112  SUITE 200
DETROIT, MI 48267-3112

BECKET AND LEE LLP-EFT
PO BOX 3001
MALVERN, PA 19355

CADILLAC ACCOUNTS RECEIVABLE MANAGEMENT
PO BOX 358
CADILLAC, MI 49601-0358

CBC CREDIT SERVICES
PO BOX 3244
SAGINAW, MI 48605-3244

CHASE BANK USA, NA
PO BOX 15145
WILMINGTON, DE 19850-5145

COMENITY BANK/KINGSIZE
PO BOX 182789
COLUMBUS, OH 43218

COMENITY BANK/WOMAN WITHIN
PO BOX 182789
COLUMBUS, OH 43218-2789

CONSUMERS ENERGY COMPANY
ATTN:  LEGAL DEPARTMENT
ONE ENERGY PLAZA
JACKSON, MI 49201

CORNERSTONE COMM FINANCIAL CU
2955 UNIVERSITY DRIVE
AUBURN HILLS, MI 48326

COVENANT HEALTHCARE
1447 N HARRISON
SAGINAW, MI 48602-4727

COVENANT HEALTHCARE
C/O CARM
PO BOX 358
CADILLAC, MI 49601

COVENANT NEUROSURGERY
800 COOPER AVENUE #8
SAGINAW, MI 48602

COVENANT PATH ASSOC
PO BOX 33321 DRAWER 150
DETROIT, MI 48232

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS, NV 89193

CREDIT SERVICES OF MICHIGAN
PO BOX 6428
1982 HEMMETER RD
SAGINAW, MI 48608-6428

DETROIT EDISON
2000 SECOND AVENUE   SUITE 688 WCB
DETROIT, MI 48226

DISNEY MOVIE CLUB
PO BOX 738
NEENAH, WI 54957-0738

FIRST FEDERAL CREDIT CONTROL
24700 CHAGRIN BLVD   SUITE 205
CLEVELAND, OH 44122-5662

FORD MOTOR CREDIT CO LLC
C/O SHERMETA LAW GROUP PC
PO BOX 5016
ROCHESTER HILLS, MI 48308-5016

FORD MOTOR CREDIT COMPANY LLC
DEPT 55953
PO BOX 55000
DETROIT, MI 48255-0953

GATEWAY FINANCIAL SOLUTIONS-EFT
GARBER MANAGEMENT GROUP
999 S WASHINGTON AVE
SAGINAW, MI 48601

HARLEY DAVIDSON CREDIT CORP
PO BOX 15129
PALATINE, IL 60055-5129

HEMLOCK FAMILY MEDICINE
16440 GRATIOT
HEMLOCK, MI 48626

HEMLOCK MED EXPRESS
16440 GRATIOT
HEMLOCK, MI 48626

HENRY SEEFELD
3652 SOUTH MERRILL ROAD
MERRILL, MI 48637

JEFFERSON CAPITAL SYSTEMS-EFT
PO BOX 772813
CHICAGO, IL 60677-2813

JEFFREY G DAWS DDS PC
28201 WEST SEVEN MIDLE ROAD
LIVONIA, MI 48152

JOSHUA REINERT (P66185)
3434 DAVENPORT AVENUE
SAGINAW, MI 48602

JP MORGAN CHASE BANK NA
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 901032
FT WORTH, TX 76101-2032

KIDNEY AND HYPERTENSION
CONSULTANTS
L-3677
COLUMBUS, OH 43260-3677

MACKINAW SURGERY CENTER
5400 MACKINAW ROAD  SUITE 11
SAGINAW, MI 48604-9546

MERCHANTS AND MEDICAL
6324 TAYLOR DRIVE
FLINT, MI 48507-4680

MI DEPARTMENT OF TREASURY
ATTORNEY GENERAL/REVENUE
PO BOX 30456
LANSING, MI 48909-7955

MID MICHIGAN HEALTHCARE
PROFESSIONALS PC
WILLIAM LEUCHTER MD
26400 WEST 12 MILE ROAD, SUITE 170
SOUTHFIELD, MI 48034

MID MICHIGAN MEDICAL CENTER
4005 ORCHARD DRIVE
MIDLAND, MI 48670

MID MICHIGAN PHYSICIANS GROUP
2618 WEST SUGNET
MIDLAND, MI 48640

MILES KIMBALL
PO BOX 2860
MONROE, WI 53566

MOBILE MEDICAL RESPONSE
4305 STATE STREET  SUITE A
SAGINAW, MI 48603-4068

MONTGOMERY WARD
C/O CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS, TX 75380

MOTOR PARTS FEDERAL CREDIT UNION
2955 UNIVERSITY DRIVE
AUBURN HILLS, MI 48326

MRI OF SOUTHFIELD
29877 TELEGRAPH RD #11
SOUTHFIELD, MI 48034

NATIONAL PEN CORP
347 SHELBYVILLE ROAD
SHELBYVILLE, TN 37180

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE, IN 47731-3251

PAIN RECOVERY SOLUTIONS
4870 CLARK ROAD #201
YPSILANTI, MI 48197

PHILLIP LAMBERT MD PC
3061 CHRISTY WAY
SAGINAW, MI 48603

PRA RECEIVABLES MANAGEMENT LLC
EFT
PO BOX 12914
NORFOLK, VA 23541

QUANTUM3 GROUP LLC - EFT
PO BOX 2489
KIRKLAND, WA 98083-0788

RAMOS & ASSOCIATES
PO BOX 674332
DETROIT, MI 48267

RENT A CENTER INC
5501 HEADQUARTERS DRIVE
PLANO, TX 75024

RESURGENT CAPITAL SERVICES LP/DELL
CLIENT ACCT-EFT
PO BOX 10390
GREENVILLE, SC 29603-0390

SAGINAW VALLEY BONE & JOINT CENTER
5483 GRATIOT ROAD
SAGINAW, MI 48638

SHERMETA LAW GROUP PC
1030 DORIS ROAD
AUBURN HILLS, MI 48326-2613

SHIELDS CHIROPRACTIC
7261 GRATIOT
SAGINAW, MI 48609

STATE FARM INSURANCE CO
410 EAST DRIVE
MARSHALL, MI 49060-2000

STERLING JEWELERS INC D/B/A KAY
JEWELERS
C/O BUCKLEY KING LPA
600 SUPERIOR AVENUE EAST, STE 1400
CLEVELAND, OH 44114

STONEBERRY
C/O CREDITORS BANKRUPTCY SERVICE
PO BOX 800849
DALLAS, TX 75380

SYNCHRONY BANK/WALMART
PO BOX 965024
ORLANDO, FL 32896

TD BANK USA NA
C/O WEINSTEIN AND RILEY PS
PO BOX 3978
SEATTLE, WA 98124

WEBBANK/DFS
12234 N LH 35 SB   BLDG B
AUSTIN, TX 78753